UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06455-ODW (Ex) | Date | August 21, 2024 |
|---|---|---|---|
| Title | *Kaveh Fasih v. LesserEvil LLC* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 10) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.    The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2.    All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____ : ___00___

Initials of Preparer    SE _____